IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-00030-FL

| | |
|---|---|
| CHARLES R. NAY, </br> Plaintiff, </br> v. </br> </br> CAROLYN W. COLVIN, </br> Acting Commissioner of Social Security, </br> Defendant. | ORDER |

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,762.50.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $3,762.50 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 12th day of November, 2014.

_____
United States District Judge